UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

United States of America,

                -against-

Braulio Lopez,

                Defendant.

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2020

**ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE**

16 Cr. 829 (AKH) (JLC)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS with the defendant's consent, his guilty plea allocution was taken before Magistrate Judge James L. Cott on December 5, 2019;

    WHEREAS a transcript of the allocation was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS THEREFORE ORDERED THAT the defendant's guilty plea is accepted.

    SO ORDERED

Dated:     New York, New York
            Feb. 6, 2020

ALVIN K. HELLERSTEIN
United States District Judge