USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Braulio Lopez,

Defendant.

Order of Restitution

S4 16 Cr. 829 (AKH)

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel M. Tracer, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One, Two, Three, and Four of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Braulio Lopez, the Defendant, shall pay restitution in the total amount of $6,697,085.68 to the victim of the offenses charged in Counts One, Two, Three, and Four. All such payments should be made to the Servicio de Administracion Tributaria ("SAT"), at an address to be provided by the United States Probation Office.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of co-defendant Carlos Djemal Nehmad. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein,

or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendant in this matter.

Dated: New York, New York
       Feb 7, 2020

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

2