**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020
```

UNITED STATES OF AMERICA,

v.

BRAULIO LOPEZ,

Defendant.

Case No. 1:16-CR-00829-AKH-5

**UNOPPOSED MOTION**
**FOR RETURN OF PASSPORT**

## ORDER

Before the Court is the Unopposed Motion for Return of Passport filed by Defendant Braulio Lopez. The Court finds that this Motion should be GRANTED.

It is therefore ORDERED that Mr. Lopez's Mexican passport currently in the possession of the United States Pretrial Services Office in the San Antonio Division of the Western District of Texas be returned to counsel for Mr. Lopez.

DATED: New York, New York

March 5, 2020

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE